IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALD SOCIAL, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. WA-22-CV-975-FB |
| | § | |
| VERKADA, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT VERKADA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF ALD SOCIAL, LLC'S COMPLAINT

Before the Court is Defendant Verkada, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff ALD Social, LLC's Complaint filed October 7, 2022 (docket #7). Defendant Verkada's current deadline to respond to the Complaint is October 11, 2022.  Verkada seeks an extension of time through November 25, 2022, to prepare its response to allow adequate time to prepare its answer or other response.  The Court finds the unopposed motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that Defendant Verkada, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff ALD Social, LLC's Complaint (docket #7) is GRANTED such that Defendant Verkada shall have, as requested, until **Friday, November 25, 2022**, to answer or otherwise respond to the Plaintiff's Complaint filed on September 16, 2022 (docket #1).

It is so ORDERED.

SIGNED this 12th day of October, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE