IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALD SOCIAL LLC, | § § § | |
| Plaintiffs, | § § | Civil Action No. 6:22-cv-00975-FB |
| v. | § § | |
| VERKADA, INC., | § § | |
| Defendant. | § § § | |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Defendant Verkada, Inc., hereby notifies the Court that Heidi L. Keefe of the firm Cooley LLP, 3175 Hanover Street, Palo Alto, California 94304, (650) 843-5000, hkeefe@cooley.com, has entered this action as counsel to be noticed on its behalf. In connection with this notice, Ms. Keefe requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on her at the above address and contact information.

Dated:  November 25, 2022

/s/ Heidi L. Keefe

Heidi L. Keefe (CA Bar 178960)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304
Telephone:     (650) 843-5000
Email:  hkeefe@cooley.com

*Attorneys for Defendant Verkadas, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 25, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

*/s/ Heidi L. Keefe*
Heidi L. Keefe