IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALD SOCIAL LLC, | § § § | |
| Plaintiff, | § | Civil Action No. 6:22-cv-00975-FB |
| v. | § § § | |
| VERKADA INC., | § § § | |
| Defendant. | § § § § | |

**[PROPOSED] ORDER GRANTING DEFENDANT VERKADA, INC.'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA**

The Court, having considered Defendant's Motion to Transfer Venue to the Northern District of California, and all papers and evidence provided in response to and in support of the Motion, is of the opinion that the Motion should be granted. It is therefore:

ORDERED that the above-captioned case shall be TRANSFERRED from the Western District of Texas to the Northern District of California.

DATED: _____.          _____

UNITED STATES DISTRICT JUDGE