## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **ALD SOCIAL, LLC,**     **Plaintiff,** | )<br>)<br>) |
| v. | ) Civil Action No. 6:22-cv-00975-FB<br>)<br>) |
| **VERKADA, INC.,**     **Defendant.** | )   JURY TRIAL DEMANDED<br>) |

## MOTION FOR VENUE DISCOVERY

Plaintiff, ALD Social, LLC, ("ALD Social") intends to conduct venue discovery in this case. Defendant, Verkada, Inc., ("Verkada") filed its Motion to Transfer Venue to the Northern District of California, Doc No. 13, on November 25, 2022.

This Motion is to inform this Court that ALD Social will conduct venue discovery to retain this case in the Western District of Texas.

Respectfully Submitted

**Ramey LLP**

*/s/William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

*Attorneys for ALD Social, LLC*

1

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I hereby certify that all counsel of record who have appeared in this case are being served on this day of November 30, 2022, with a copy of the foregoing via ECF filing.

*/s/ William P. Ramey, III*
William P. Ramey, III