IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ALD SOCIAL, LLC, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. WA-22-CV-975-FB |
| VERKADA, INC., | § § § | |
| Defendant. | § | |

### ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW PLAINTIFF'S MOTION FOR VENUE DISCOVERY

Before the Court is the Unopposed Motion to Withdraw Doc. No. 14 filed on December 2, 2022 (docket #16), in which the Plaintiff seeks to withdraw its Motion for Venue Discovery filed on November 30, 2022 (docket #14), as premature. The Court finds the unopposed motion has merit and should be granted.

Accordingly, IT IS HEREBY ORDERED that the Unopposed Motion to Withdraw Doc. No. 14 (docket #16) is GRANTED such that Plaintiff's Motion for Venue Discovery (docket #14) is WITHDRAWN and is no longer a pending motion before this Court.

It is so ORDERED.

SIGNED this 4th day of January, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE